# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| MAUDIE MAE PALMER and CHARLES W. PALMER,        ) | |
|       ) | |
|     Plaintiffs,       ) | |
|       ) | **No. 3:07-0596** |
| v.       ) | **Judge Echols** |
|       ) | |
| ALDI, INC., ALDI (INDIANA) LP, and ALDI (INDIANA) LLC,       ) | |
|       ) | |
|     Defendants.       ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Aldi Inc.'s Motion For Summary Judgment (Docket Entry No. 34) is hereby DENIED.

This case will proceed to **Final Pretrial Conference on Monday, June 23, 2008 at 1:30 p.m., and to jury trial on Tuesday, July 22, 2008 at 9:00 a.m., as previously scheduled.**

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE