IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| MAUDIE MAE PALMER and CHARLES W. PALMER, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) 3:07-00596 |
| | ) DISTRICT JUDGE ROBERT ECHOLS |
| ALDI, INC., ALDI (INDIANA) LP, and ALDI (INDIANA) LLC, | )<br>)<br>) MAGISTARTE JUDGE JOHN S. |
| Defendants. | ) BRYANT |

## **PROPOSED AGREED ORDER OF COMPROMISE AND DISMISSAL**

It appearing to the Court, as evidenced by the signatures of the respective counsel for the parties appearing below, that the Plaintiffs, Maudie Mae Palmer and Charles W. Palmer (hereinafter "Plaintiffs"), and the Defendants, Aldi, Inc.; Aldi (Indiana) LP; and Aldi (Indiana) LLC (hereinafter "Defendants"), have agreed to compromise and settle all matters in controversy in this case; that each party will bear its own discretionary costs, with the exception of the mediator's fee which Defendants agreed to pay; and that the Defendants are intended to be discharged from any further liability to the Plaintiffs or others associated with this matter, it is accordingly,

ORDERED that the Defendants, Aldi, Inc.; Aldi (Indiana) LP; and Aldi (Indiana) LLC, be dismissed from this case with prejudice and discharged from any and all other responsibilities connected therewith, including subrogation interests, medical liens, hospital liens, doctor's liens, workers' compensation liens, disability liens, and any other lien of any kind, and that this cause be and the same is hereby dismissed with prejudice to the refiling of same as to the Defendants, Aldi, Inc.; Aldi (Indiana) LP; and Aldi (Indiana) LLC. It is further ORDERED that each party

will bear its own discretionary costs, with the exception of the mediator's fee which Defendants agreed to pay.

  BE IT SO ENTERED this   21st   day of July, 2008.

_____
      JUDGE

APPROVED FOR ENTRY:


By:    /s/ James B. Moseley
 James B. Moseley, Esq., BPR # 021236
 Moseley & Moseley
 Suite 300, One Church Street
 101 Church Street
 Nashville, TN 37201-1609

Attorney for Plaintiffs


By:    /s/ Leslie Curry Johnson
 Lisa Ramsay Cole, BPR # 16262
 Leslie Curry Johnson, BPR # 19812
 201 Fourth Avenue North, Suite 1500
 P.O. Box 198615
 Nashville, TN 37219
 (615) 259-1366
 Email: lcole@lewisking.com
   lcurry@lewisking.com

Attorneys for Defendant Aldi Inc.,
Aldi (Indiana) LP, and Aldi
(Indiana) LLC, (a/k/a Aldi)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of July, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    James B. Moseley, Esq.
    Moseley & Moseley
    Suite 300, One Church Street
    101 Church Street
    Nashville, TN 37201-1609

                                          /s/ Leslie Curry Johnson

3

Case 3:07-cv-00596   Document 59   Filed 07/21/08   Page 3 of 3 PageID #: 264